March 2, 2011

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★ MAR - 7 2011 ★

BROOKLYN OFFICE

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   U.S.A.. v SOPHIA BRODSKY          U.S.A. v ARNOLD COHEN
      E.D.PA.# 11-235-M                 E.D.P.A.# 11-236-M

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 5(c) .

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By:

Mark Ciamaichelo, Deputy Clerk

Received above material or record file this   day of      ,

Signature: _____
Date: _____

crf1

March 2, 2011

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:    U.S.A. v SOPHIA BRODSKY        U.S.A. v ARNOLD COHEN
E.D.P.A.# 11-235-M              E.D.P.A.# 11-236-M

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 5(c).

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Mark Ciamaichelo, Deputy Clerk

_____

Received above material or record file this    day of     ,

Signature: _____
Date: _____

crfl

United States District Court Eastern District of Pennsylvania                                    Page 1 of 2

CLOSED

United States District Court
Eastern District of Pennsylvania (Philadelphia)
CRIMINAL DOCKET FOR CASE #: 2:11-mj-00235-1
Internal Use Only

Case title: USA v. BRODSKY

Date Filed: 02/23/2011
Date Terminated: 03/02/2011

Assigned to: Unassigned

**Defendant (1)**

**SOPHIA BRODSKY**
*TERMINATED: 03/02/2011*

| Pending Counts | Disposition |
| --- | --- |
| None | |

| Highest Offense Level (Opening) | |
| --- | --- |
| None | |

| Terminated Counts | Disposition |
| --- | --- |
| None | |

ATTEST:
_____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Highest Offense Level (Terminated) | |
| --- | --- |
| None | |

| Complaints | Disposition |
| --- | --- |
| EXTORTION | |

**Plaintiff**

USA                                    represented by   **NANCY BEAM WINTER**
UNITED STATES ATTORNEY'S
OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8473
Fax: 215-861-8233
Email: nancy.winter@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2011 | | Arrest (Rule 40) of SOPHIA BRODSKY (mac, ) (Entered: 02/25/2011) |
| 02/23/2011 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance in Rule 5(c)(3) Proceedings as to SOPHIA BRODSKY held on 2/23/11. The Defendant stipulated to identity. The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order. Signed by Judge Timothy R. Rice.Court Reporter ESR.(mac.) (Entered: 02/25/2011) |
| 02/23/2011 | 2 | CJA 23 Financial Affidavit by SOPHIA BRODSKY (mac.) (Entered: 02/25/2011) |
| 02/23/2011 | 3 | WAIVER of Rule 5(c)(3) Hearing by SOPHIA BRODSKY (mac.) (Entered: 02/25/2011) |
| 02/23/2011 | | O/R Bond Entered as to SOPHIA BRODSKY in amount of $ 50,000. (mac, ) (Entered: 02/25/2011) |
| 02/23/2011 | 4 | ORDER SETTING CONDITIONS OF RELEASE AS TO SOPHIA BRODSKY (1) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $50,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 2/23/11.2/25/11 Entered and Copies E-Mailed. (mac, ) (Entered: 02/25/2011) |
| 03/02/2011 | | Rule 5(c) Transfer to EASTERN DISTRICT OF NEW YORK as to SOPHIA BRODSKY. (mac, ) (Entered: 03/02/2011) |
| 03/02/2011 | | (Court only) ***Case Terminated as to SOPHIA BRODSKY (mac, ) (Entered: 03/02/2011) |



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| **NO. INTERPRETER NEEDED** | : | IA RULE 5 EDNY |
| | | February 23, 2011 |
| Date of Arrest: February 22, 2011 | : | ESR OPERATOR: Milahn Hull |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Nancy Winter |
| v. | : | No: EDPA 11-235-M |
| SOPHIA BRODSKY | : | |

FILED

MINAME E. KUNZ, Clerk
By _____ Dep. Clerk

[] CJA Appointed
[] Retained counsel
[X] Defenders' Assn Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing is scheduled for.

[X] The Defendant stipulated to identity.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.

[] PLEA: *NOT GUILTY TO ALL COUNT(S)*. *Counsel have 14 days to file pretrial motions.*

BY: _____

*TIMOTHY R. RICE*
*UNITED STATES MAGISTRATE JUDGE*

*TIME IN COURT   15 MINUTES*

*(Form Revised December, 2009)*

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE

________ V.S. ________

FOR

AT

LOCATION NUMBER: 2

PERSON REPRESENTED (Show your full name): Sophia Brodsky

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

Extortion

FILED FEB 23 2011 MICHAEL E. KUNZ, Clerk By [signature] Dep. Clerk

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 11-235
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now ☐ Yes ☐ No ☑ Am Self-Employed

Name and address of employer: Body Klinic 2012 Walnut St Phila PA

IF YES, how much do you earn per month? $ 500/week

IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☐ No NA

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ — SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT — VALUE — DESCRIPTION:
home in foreclosure
business is worthless

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS: SINGLE, MARRIED, WIDOWED, ✓ SEPARATED OR DIVORCED (circled)

Total No. of Dependents:

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: — Creditors — Total Debt — Monthly Paymt.

filed for Chapter 13 bankruptcy
then Chapt 7

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/23/11

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

**FILED**

**FEB 23 2011**

**MICHAEL E. KUNZ, Clerk**
**Dep. Clerk**

| | |
|---|---|
| United States of America | )<br>) |
| v. | ) Case No. 11-235-M |
| Sophia Brosnahan | )<br>) Charging District's Case No. |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* E.D.N.Y

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑  an identity hearing and production of the warrant. — transfer to E.D. NY.

☐  a preliminary hearing.

☐  a detention hearing.

☐  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/23-2011

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Elizabeth Bph n

_____
*Printed name of defendant's attorney*

**APPEARANCE BOND**

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 11-235-M

Sophia Brodsky

FILED
FEB 23 2011
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

WE, THE UNDERSIGNED, jointly and severally acknowledge that we and our personal representatives are bound to pay to the United States of America the sum of ($ 50,000 O/R Fifty Thousand O/R

The conditions of this bond are that the defendant above named is to appear before a judge or magistrate of the United States District Court for the Eastern District of Pennsylvania at Philadelphia, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by a judge or magistrate of the United States District Court for the Eastern District of Pennsylvania, or of any other United States District Court to which the defendant may be removed or the cause transferred, and that the defendant is to abide by any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any judge or magistrate of any United States District Court having cognizance of the above matter at the time of such breach and, if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond is signed on this 23rd day of FEB, 20 11, at Philadelphia, Pennsylvania.

Defendant [signature] Address 1916 Dickinson St, Phila, PA

Surety ______ Address ______

Surety ______ Address ______

SIGNED AND ACKNOWLEDGED before me this 23rd day of FEB, 20 11.

BAIL SET at $ 50,000 O/R

BY: Timothy R. Rice, MAGISTRATE

☒ O.R. ☐ 10% Cash ☐ Cash ☐ Surety
☒ OTHER: ORDERED

Date: 2/23/11

[signature]
Deputy Clerk / Deputy U.S. Marshal

[signature]
United States Magistrate
or Deputy Clerk
United States District Court
Eastern District of Pennsylvania

ORIGINAL - FOR CLERK, U.S.D.C.
PINK - FOR CLERK, U.S.D.C.
YELLOW - FOR DEFENDANT
BLUE - FOR PRETRIAL SERVICES
GREEN - FOR COURTROOM DEPUTY

CR 36 (1/00)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Sophia Banasiak

**FILED**

CR No.: 11-MJ-235-M

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## CONDITIONS OF RELEASE ORDER

| BAIL |
| --- |

Defendant is released on bail in the amount of: $ 50,000

O/R
cash _____
secured by: _____
% cash _____
Property at: _____

**Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| PRETRIAL SERVICES |
| --- |

Defendant shall report to Pretrial Services:
**as directed by Pretrial Services.**
_____ times per week **in person.**
_____ times per week **via telephone.**

Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

Defendant shall submit to **random drug testing** as directed by Pretrial Services.

Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

Defendant shall submit to **electronic monitoring** at the following address:
_____

**24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

Defendant is permitted to continue **working** outside the home, but shall submit to **curfew between the hours of** _____ , during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

| PASSPORT |
| --- |

Defendant shall surrender and/or refrain from obtaining a passport.

## TRAVEL

✓ Travel is restricted to the **Eastern District of Pennsylvania**.

✓ Travel is restricted to the **E. D.** ~~N.~~

Unless prior permission is granted by Pretrial Services.

## FIREARMS

✓ Defendant shall surrender and/or refrain from obtaining any firearms.  Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period.  The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

✓ Defendant shall have no contact with co-defendants, **potential witnesses** in this case, or individuals engaged in any criminal activity *incl/ Mfu Nol & Coh—* ~~Moin~~

✓ Defendant must maintain present **employment**.

Defendant must **actively seek gainful employment**.

✓ Defendant shall undergo a **mental competency evaluation.**

Defendant must reside:

at:     1816  Dickinson St . Phila

with: _____

## COMPUTERS/INTERNET

The defendant is subject to the following computer/internet restrictions which are to be monitored by U. S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

— **No computers**: the defendant is prohibited from possession and/or use of any computers and connected devices.

— **Computer; no Internet access**: the defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging)

— **Computer; with Internet access**: the defendant is permitted use of computers or connected devices, is permitted access to the Internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____ **Other Residents:** by consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____ **Other Restrictions:** *Report to E.D.N.Y. for*

**OTHER CONDITIONS:** *Court, as advised*

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this _23_ day of _Feb._____, 2011.

BY THE COURT:

_____

**TIMOTHY R. RICE**
**UNITED STATES MAGISTRATE JUDGE**

(Form Revised April, 2010)

Page 3

## Other Orders/Judgments
2:11-mj-00235 USA v. BRODSKY

### United States District Court

### Eastern District of Pennsylvania

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2011 at 9:10 AM EST and filed on 2/23/2011
**Case Name:**        USA v. BRODSKY
**Case Number:**      2:11-mj-00235
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER SETTING CONDITIONS OF RELEASE AS TO SOPHIA BRODSKY (1) THAT
DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $50,000 O/R WITH THE
FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE
TIMOTHY R. RICE on 2/23/11.2/25/11 Entered and Copies E-Mailed. (mac, )**

**2:11-mj-00235-1 Notice has been electronically mailed to:**

NANCY BEAM WINTER nancy.winter@usdoj.gov, USAPAE.ECFMail@usdoj.gov,
elida.olshefski@usdoj.gov, thomas.perricone@usdoj.gov

**2:11-mj-00235-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=2/25/2011] [FileNumber=8636197-0
] [7532dcef7b79c72d3a7d189a221efe2b129957d1129aa4331efb0af76ae1dd3322a
feac0fd0a7fd0a07ca23570f291dc96d60f06caf634fb647cb910ecd63be7]]

CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:11-mj-00236 All Defendants
#### Internal Use Only

Case title: USA v. COHEN

Date Filed: 02/23/2011
Date Terminated: 03/02/2011

---

Assigned to: Unassigned

### Defendant (1)

**ARNOLD COHEN**
*TERMINATED: 03/02/2011*

represented by **SALVATORE C. ADAMO**
289 TOWN CENTER BLVD
SUITE 300
EASTON, PA 18040
215-751-1735
Fax: FAX: 215-569-0216
Email: SCAdamo11@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

MAIL FRAUD

### Disposition

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

### Disposition

### Disposition

### Disposition

---

### Plaintiff

**USA**

represented by **NANCY BEAM WINTER**

UNITED STATES ATTORNEY'S
OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8473
Fax: 215-861-8233
Email: nancy.winter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2011 |  | Arrest (Rule 40) of ARNOLD COHEN (mac, ) (Entered: 02/25/2011) |
| 02/23/2011 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance in Rule 5(c)(3) Proceedings as to ARNOLD COHEN held on 2/23/11. The Defendant stipulated to identity. The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order. Signed by Judge Timothy R. Rice.Court Reporter ESR.(mac, ) (Entered: 02/25/2011) |
| 02/23/2011 | 2 | CJA 23 Financial Affidavit by ARNOLD COHEN (mac, ) (Entered: 02/25/2011) |
| 02/23/2011 | 3 | WAIVER of Rule 5(c)(3) Hearing by ARNOLD COHEN (mac, ) (Entered: 02/25/2011) |
| 02/23/2011 |  | O/R Bond Entered as to ARNOLD COHEN in amount of $ 50,000, (mac, ) (Entered: 02/25/2011) |
| 02/28/2011 | 4 | ORDER SETTING CONDITIONS OF RELEASE AS TO ARNOLD COHEN (1) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $50,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 2/23/11.2/28/11 Entered and Copies E-Mailed. (mac, ) (Entered: 02/28/2011) |
| 03/02/2011 |  | Rule 5(c) Transfer to EASTERN DISTRICT OF NEW YORK as to ARNOLD COHEN. (mac, ) (Entered: 03/02/2011) |
| 03/02/2011 |  | (Court only) ***Case Terminated as to ARNOLD COHEN (mac, ) (Entered: 03/02/2011) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| NO_ INTERPRETER NEEDED | : | IA RULE 5 EDNY |
| | | February 23, 2011 |
| Date of Arrest:February 22, 2011 | : | ESR OPERATOR: Milahn Hull |
| UNITED STATES OF AMERICA | : | AUSA Nancy Winter **FILED** |
| v. | : | 2 No: EDPA 11-236-M FEB 23 2011 |
| | | MICHAEL E. KUNZ, Clerk |
| ARNOLD COHEN | : | By_____ Dep. Clerk |
| | : | [X] CJA Appointed Salvatore Adamo |
| | | [] Retained counsel |
| | | [] Defenders' Assn Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing is scheduled for.

[X] The Defendant stipulated to identity.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

_____
TIMOTHY R. RICE
*UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT   15 MINUTES**

*(Form Revised December, 2009)*



# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE

FOR

_____ V.S. _____

AT

**FILED**

**PERSON REPRESENTED** (Show your full name)

Arnold Cohen

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony   ☐ Misdemeanor

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

**DOCKET NUMBERS**

Magistrate
11-236

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now ☑ Yes   ☐ No   ☐ Am Self-Employed

Name and address of employer: A L Cohen ; 7321 Edmond St., Philadelphia, PA

IF YES, how much do you earn per month? $ **867**

IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

RECEIVED   SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ **1,500**   Social Security

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No   IF YES, state total amount $ **350**

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

VALUE   DESCRIPTION

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

$ **4,500**   2007 Mercedes MLK
$ **500**   87 BMW

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☑ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: **1**

List persons you actually support and your relationship to them
Joseph Cohen (grandson) ('10)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Rent | $ | $ 550 |
| Utilities | $ | $ 350 |
| Child Care | $ | $ |
| Personal Expenses | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **2/23/11**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ (X) Arnold L. Cohen

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)



# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **ARNOLD COHEN** | ) |
| *Defendant* | ) |
| | ) |

Case No.  **11-236 FMLEB**

Charging District's Case No. _____

**MICHAEL E. KUNZ, Clerk**
**By** _____ **Dep. Clerk**

_E D N Y_

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date: **2-23-11**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

SALVATORE  C.  ADACMO
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

**FILED**

v.

FEB 23 2011

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

*Arnold Cohen*

CRIMINAL NO. *11-236-M*

WE, THE UNDERSIGNED, jointly and severally, acknowledge that we and our personal representatives are bound to pay to the United States of America the sum of ($ *50,000 O/R*       *Fifty Thousand O/R*

The conditions of this bond are that the defendant above named is to appear before a judge or magistrate of the United States District Court for the Eastern District of Pennsylvania at Philadelphia, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by a judge or magistrate of the United States District Court for the Eastern District of Pennsylvania, or of any other United States District Court to which the defendant may be removed or the cause transferred, and that the defendant is to abide by any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any judge or magistrate of any United States District Court having cognizance of the above matter at the time of such breach and, if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond is signed on this *23rd* day of *FEB*, 20 *11*, at Philadelphia, Pennsylvania.

Defendant _____ Address *40 Duran Rd*
_____ *Huntington Valley*

Surety _____ Address _____

Surety _____ Address _____

SIGNED AND ACKNOWLEDGED before me this      *23rd*      day of *FEB*,
20 *11*.

BAIL SET at $ *50,000 O/R*      _____
United States Magistrate
BY: *Timothy R. Rice*, MAGISTRATE      or Deputy Clerk
☒ O.R.   ☐ 10% Cash  ☐ Cash  ☐ Surety      United States District Court
☒ OTHER: *Order*      Eastern District of Pennsylvania

Date: *2/23/11*
_____
Deputy Clerk / Deputy U.S. Marshal

CR 36 (1/00)

**ORIGINAL - FOR CLERK, U.S.D.C.**
**PINK - FOR CLERK, U.S.D.C.**
**YELLOW - FOR DEFENDANT**
**BLUE - FOR PRETRIAL SERVICES**
**GREEN - FOR COURTROOM DEPUTY**

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ARNOLD COHEN

:
:
:
:
:
:

CRIMINAL

NO. 11-236-M

## CONDITIONS OF RELEASE ORDER

| BAIL |
|---|

**FILED**

Defendant is **released on bail** in the amount of: $ 50,000

**FEB 23 2011**

_✓_ **O/R**

_____ **cash**

**MICHAEL E. KUNZ, Clerk**
**By_____ Dep. Clerk**

_____ **secured by**:

_____ % cash

_____ property at: _____

_____ **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| PRETRIAL SERVICES |
|---|

_____ Defendant shall report to Pretrial Services:

_____ ✓ **as directed** by Pretrial Services.

_____ times per week **in person**.

_____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

_____ Defendant shall submit to **electronic monitoring** at the following address: _____

_____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

_____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

| PASSPORT |
|---|

_✓_ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

✓ Travel is restricted to the **Eastern District of Pennsylvania**.

✓ Travel is restricted to the _____ E. D. N. Y. _____.

_____ Unless prior permission is granted by Pretrial Services.

## FIREARMS

✓ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

✓ Defendant shall have no contact with **co-defendants, potential witnesses in this case**, or individuals engaged in any **criminal activity**.  *incl. Sophia Brodsky.*

✓ Defendant must maintain present **employment**.

_____ Defendant must **actively seek** gainful employment.

_____ Defendant shall undergo a **mental competency evaluation**.

_____ Defendant must reside:

at: _____ 40 Durand Rd _____

with: _____ Huntingdon Valley, Pa. _____

## COMPUTERS/INTERNET

_____ The defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____ **No computers:** the defendant is prohibited from possession and/or use of any computers and connected devices.

_____ **Computer; no Internet access:** the defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging)

_____ **Computer; with Internet access:** the defendant is permitted use of computers or connected devices, is permitted access to the Internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____ **Other Residents:** by consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____ **Other Restrictions:** *Report to E. D. NY, as advised*

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release.  The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this *23RD* day of *FEB* _____, 2011.

BY THE COURT:

_____

**TIMOTHY R. RICE**
**UNITED STATES MAGISTRATE JUDGE**

(Form Revised April, 2010)

Page 3

## Other Orders/Judgments

2:11-mj-00236 USA v. COHEN

### United States District Court

### Eastern District of Pennsylvania

#### Notice of Electronic Filing

The following transaction was entered on 2/28/2011 at 2:58 PM EST and filed on 2/28/2011

**Case Name:**          USA v. COHEN
**Case Number:**     2:11-mj-00236
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER SETTING CONDITIONS OF RELEASE AS TO ARNOLD COHEN (1) THAT
DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $50,000 O/R WITH THE
FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE
TIMOTHY R. RICE on 2/23/11.2/28/11 Entered and Copies E-Mailed. (mac, )**

**2:11-mj-00236-1 Notice has been electronically mailed to:**

NANCY BEAM WINTER nancy.winter@usdoj.gov, USAPAE.ECFMail@usdoj.gov,
elida.olshefski@usdoj.gov, thomas.perricone@usdoj.gov

SALVATORE C. ADAMO SCAdamo11@aol.com

**2:11-mj-00236-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=2/28/2011] [FileNumber=8646374-0
] [731991c57b90600b93e49f2dc1a7210be2d98999fec96f44b2a9ac964ee12d9dbe9
6b5e18c5b3ed079f1844f0e9dc0edff710e4a50bee9373465cb1c5de388a5]]